**NOT FOR PUBLICATION**                                                                                      **CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORBERTO OCAMPO, | : |
| | : |
| Plaintiff, | : |
| | : Civil Case No. 08-2114 (FSH) |
| v. | : |
| | : **OPINION** |
| BERGEN COMMUNITY COLLEGE; APRIL ADAMS; KENNETH BONNAFFONS; LAURIE HODGE; ELIN SHIKLER; and JUDITH WINN, former President of Bergen Community College, | : Date: September 30, 2010 |
| | : |
| Defendants. | |

**HOCHBERG, District Judge**

On September 29, 2010, the above-entitled action settled, and the parties agreed to proceed to binding arbitration before an arbitrator selected by this Court pursuant to the terms outlined on the record at the September 29, 2010 conference.

Accordingly,

**IT IS** on this 30th day of September, 2010,

**ORDERED** that action is herewith assigned to the following Arbitrator:

Michael S. Meisel, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
25 Main Street
Hackensack, New Jersey 07601
(201) 525-6222

and it is further

**ORDERED** that Mr. Meisel will be compensated by the parties, according to the terms

set forth on the record at the September 29, 2010 conference, at a rate of $375 per hour; and it is further

**ORDERED** that if any party has any objection to the selection of Mr. Meisel based only on potential conflicts of interest, that party must make a written submission to this Court outlining the objection no later than **October 8, 2010**.

/s/ Faith S. Hochberg<br>
Hon. Faith S. Hochberg, U.S.D.J.